IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:16-cv-1336-EGS |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

To preserve the status quo until this Court can consider the claims asserted by Plaintiffs AstraZeneca Pharmaceuticals LP and iPR Pharmaceuticals, Inc. (collectively, "AstraZeneca"), AstraZeneca hereby moves pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order prohibiting Defendants (collectively "FDA") from enforcing FDA's interpretation of its pediatric-labeling and general carve-out regulations (the "2015 Interpretation").[1]

A temporary restraining order is necessary because FDA is poised to grant final approval to several Abbreviated New Drug Applications (ANDAs) for generic versions of AstraZeneca's drug Crestor on or about July 9, 2016, the day after expiration of a marketing-exclusivity period not at issue in this suit. The validity of FDA's 2015 Interpretation is dispositive of whether FDA has authority to take that step. If, as AstraZeneca argues in its Complaint and the accompanying

---

[1] The 2015 Interpretation is set forth in FDA's April 28, 2015, letter decision, *see* Letter from John R. Peters, M.D., Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, to Ralph S. Tyler, Counsel for Otsuka Pharmaceuticals, Co. (Apr. 28, 2015), and in the decisions and papers filed in a related litigation, *see Otsuka Pharm. Co. v. Burwell*, No. GJH-15-852, 2015 WL 3442013 (D. Md. May 27, 2015).

Memorandum, the 2015 Interpretation is not valid, then FDA may not approve the Crestor ANDAs until May 2023.

A temporary restraining order is warranted to prevent severe and irreparable harm to AstraZeneca and to preserve the status quo until the Court can reach the merits of AstraZeneca's claim. In particular, absent preliminary relief, there is an imminent risk that FDA will approve generic Crestor ANDAs on or about July 9, and that manufacturers will instantly flood the market with generic Crestor—thereby causing AstraZeneca to suffer an immediate and irreversible loss of approximately $400 million in Crestor sales, as well as other forms of irreparable harm.

On several occasions, AstraZeneca has proposed measures that would have obviated the need for this TRO motion. FDA has declined in each instance. Most recently, counsel for AstraZeneca suggested that the parties agree to a briefing schedule that would ensure that AstraZeneca's claims can be heard and resolved prior to FDA's final approval of the Crestor ANDAs. Counsel for Defendants indicated that Defendants will not agree to such a schedule. Accordingly, AstraZeneca has no choice but to seek immediate judicial relief.

Pursuant to Local Rule 65.1(a), counsel for AstraZeneca have consulted with counsel for Defendants regarding the timing and substance of this Motion, and have furnished counsel for Defendants with all papers filed to date in this action.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum; the Declarations of Rod Wooten, Gregory Keenan, MD, and Sarah Walters, and their accompanying exhibits; and the Complaint filed in this action (ECF No. 1) and the exhibits attached thereto.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

  /s/ Christopher N. Sipes
Timothy C. Hester (D.C. Bar No. 370707)
Michael S. Labson (D.C. Bar No. 447867)
Christopher N. Sipes (D.C. Bar No. 439294)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000 (Telephone)
(202) 662-6291 (Fax)
thester@cov.com
mlabson@cov.com
csipes@cov.com

John M. Engel (D.C. Bar No. 443628)
ENGELNOVITT, PLLC
Suite 310
2401 Pennsylvania Ave. NW
Washington, DC  20037
(202) 207-3303 (tel)
(202) 207-3318 (fax)
jengel@engelnovitt.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP and*
*iPR Pharmaceuticals, Inc.*

June 30, 2016

## STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rules 7(m) and 65.1(a), I hereby certify on this 30th day of June, 2016, that counsel for AstraZeneca has discussed this Motion with opposing counsel, and understands that the Motion will be opposed. Counsel for AstraZeneca has provided opposing counsel with copies of all pleadings and papers filed in the action to date.

  /s/ Christopher N. Sipes
Christopher N. Sipes
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civ. No. 1:16-cv-1336-EGS |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | | |
| Defendants. | | |

**[PROPOSED] ORDER**

This matter having come before the Court on Plaintiffs' Application for a Temporary Restraining Order, the Court having fully considered the Application:

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED.

2. The Court HEREBY ENJOINS FDA from granting final approval, on or after July 9, 2016, to any Abbreviated New Drug Application for which Crestor is the reference-listed drug based on FDA's 2015 Interpretation.

3. Absent further order of this Court, this Order shall remain in effect for a period of fourteen days or until the Court resolves Plaintiffs' application for a preliminary injunction, whichever comes first.

Entered this ___ day of _____, 2016

_____
United States District Judge

Copies to:

Charles Biro
Andrew Clark
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW
Washington, D.C. 20001
(202) 307-0089
Charles.Biro@usdoj.gov
Andrew.Clark@usdoj.gov
*Attorneys for Federal Defendants*

Office of the United States Attorney for the District of Columbia
501 Third Street, NW
Washington, D.C. 20001
Tel: 202.616.3517

United States Department of Justice
Attorney General
Room B-103
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Ann Oxenham
Department of Health and Human Services
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ann.Oxenham@fda.hhs.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Application for Temporary Restraining Order, the Memorandum of Law in Support, and the accompanying Declarations and Exhibits was served via e-mail on counsel for the Federal Defendants, who have consented to service by e-mail, on June 30, 2016:

Charles Biro
Andrew Clark
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW
Washington, D.C. 20001
(202) 307-0089
Charles.Biro@usdoj.gov
Andrew.Clark@usdoj.gov
*Attorneys for Federal Defendants*

Office of the United States Attorney for the District of Columbia
501 Third Street, NW
Washington, D.C. 20001
Tel: 202.616.3517

United States Department of Justice
Attorney General
Room B-103
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Ann Oxenham
Department of Health and Human Services
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ann.Oxenham@fda.hhs.gov

    /s/ Christopher N. Sipes
Christopher N. Sipes
*Counsel for Plaintiffs*