IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP; IPR PHARMACEUTICALS, INC.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>SYLVIA MATHEWS BURWELL, Secretary of Health & Human Services; ROBERT CALIFF, Commissioner of Food and Drugs; FOOD AND DRUG ADMINISTRATION,<br><br>    *Defendants*,<br><br>    and<br><br>PAR PHARMACEUTICAL, INC.; APOTEX CORP.; APOTEX INC.; SANDOZ INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICALS INDUSTRIES INC.; GLENMARK PHARMACEUTICALS INC. USA; GLENMARK PHARMACEUTICALS LTD.; AUROBINDO PHARMA LIMITED; AUROBINDO PHARMA USA, INC.<br><br>    *Intervenor-Defendants*. | Civ. No. 16-cv-1336 (RDM) |

**FEDERAL DEFENDANTS' REPONSE TO PLAINTIFFS' MOTION TO MODIFY
THIS COURT'S MEMORANDUM AND ORDER
TO GOVERN WEEKEND PROCEEDINGS**

    Plaintiffs have moved this Court to modify its Scheduling Order (Dkt. No. 52) in two respects: (1) modify Section 4 of the Order "to provide that counsel shall be prepared to appear for a Saturday or Sunday hearing on six hours' notice, as opposed to two hours' notice," and (2) require "FDA to advise the parties and the Court if FDA

determines by 5:00 p.m. ET on Thursday of a given week that it will not be issuing a decision on the pending citizen petition before the following Monday at 10:00 a.m. ET." (Pls' Mot. to Modify This Court's Mem. and Order to Govern Weekend Proceedings (Pls.' Mot.), at 1 (Dkt. No. 64)).  The Federal Defendants oppose this motion.

First, as the Plaintiffs note, the Federal Defendants have already provided assurance to Plaintiffs that "FDA generally does not issue decisions on weekends and it does not intend to issue a decision in this case over the weekend."  (Pls.' Mot. at 3.) Plaintiffs' complaint that the Federal Defendants "ha[ve] not said whether this case could be an exception" to this practice ignores the plain language of FDA's statement.  Further, Plaintiffs never requested such a clarification, which the Federal Defendants would have provided.  Thus, the relief Plaintiffs request is unnecessary and their motion should be denied on this basis.

Second, alerting the parties to FDA's decision timetable would put it afoul of regulations governing confidentiality of ANDAs.  *See* 21 U.S.C. § 331(j); 21 C.F.R. § 20.61; 21 C.F.R. § 314.430.  The Court implicitly recognized this when it rejected Plaintiffs' earlier request for 48 hour advanced notice of a decision.

The Federal Defendants will more fully apprise the Court of the status of its review of Plaintiffs' Citizen Petition on an *ex parte* basis should the Court request.

Dated: July 14, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JONATHAN F. OLIN
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director

ANDREW CLARK
Assistant Director

/s/ Charles J. Biro

Of Counsel:
MARGARET M. DOTZEL
Acting General
Counsel
U.S. Dept. of Health & Human Services

Charles J. Biro
Illinois Bar No. 6277139
Trial Attorney
Consumer Protection Branch
Civil Division
United States Department of Justice
P.O. Box 386
Washington, DC 20044
202-307-0089
Charles.Biro@usdoj.gov

ELIZABETH H. DICKINSON
Chief Counsel
Food and Drug Administration

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

ANN M. OXENHAM
Associate Chief Counsel for Enforcement
U.S. Dept. of Health & Human Services
Office of the General Counsel
Food and Drug Division
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
Tel: (301) 796-8710
ann.oxenham@fda.hhs.gov

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this pleading was filed via the Court's CM/ECF system and served on the attorneys of record for all parties via the Court's CM/ECF system.

      /s/ Charles J. Biro
Charles J. Biro
United States Department of Justice