# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP; IPR PHARMACEUTICALS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, *Secretary of Health & Human Services*; ROBERT CALIFF, *Commissioner of Food and Drugs*; FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants,* <br><br> and <br><br> PAR PHARMACEUTICAL, INC.; APOTEX CORP.; APOTEX INC.; SANDOZ INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICALS INDUSTRIES INC.; GLENMARK PHARMACEUTICALS INC., USA; GLENMARK PHARMACEUTICALS, LTD.; AUROBINDO PHARMA LTD.; AUROBINDO PHARMA USA, INC.; MYLAN PHARMACEUTICALS, INC. <br><br> *Intervenor-Defendants.* | Civil Action No. 16-cv-1336 (RDM) <br><br> **<u>UNDER SEAL</u>** |

## <u>SCHEDULING ORDER</u>

Counsel are hereby directed to appear in Courtroom 21 at 1:00 pm today for further proceedings in this matter. This is a sealed order and, pending further order of the Court, shall not be disclosed to anyone other than counsel for the parties and in-house counsel responsible for this matter.

Both outside and inside counsel shall be prepared, if necessary, to certify to compliance with this confidentiality requirement.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: July 19, 2016