IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP; IPR PHARMACEUTICALS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, Secretary of Health & Human Services; ROBERT CALIFF, Commissioner of Food and Drugs; FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> and <br><br> APOTEX CORP., *et al.* <br><br> *Intervenor-Defendants*. | Civ. No. 16-cv-1336 (RDM) |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs AstraZeneca Pharmaceuticals LP and iPR Pharmaceuticals, Inc. hereby dismiss the above-captioned case.

August 18, 2016

Respectfully submitted,

/s/ Christopher Sipes
Timothy C. Hester (D.C. Bar No. 370707)
Michael S. Labson (D.C. Bar No. 447867)
Christopher N. Sipes (D.C. Bar No. 439294)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
thester@cov.com
mlabson@cov.com
csipes@cov.com

—2—

*Attorneys for Plaintiffs AstraZeneca Pharmaceuticals LP and iPR Pharmaceuticals, Inc.*

—3—

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Notice of Dismissal was filed via the Court's CM/ECF system on August 18, 2016, and that the attorneys of record for all parties will receive the Notice of Dismissal via the Court's CM/ECF system.

                                              /s/ Christopher Sipes  
                                              Christopher N. Sipes